```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
richardmacbridelaw@gmail.com
Attorney for Plaintiff Oscar Ramos
```

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR RAMOS, | Case No.:   2:24-cv-03426-DJC-CSK |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH** |
| AV ENTERPRISE INC., | **PREJUDICE; ORDER** |
| Defendant. | |

Plaintiff Oscar Ramos, and defendant AV Enterprise Inc. ("Defendant") by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendant is Nilesh Choudhary of Choudhary Law Office), hereby stipulate as follows:

1. Plaintiff entered into a written Settlement Agreement and General Release in this matter whereby he deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants named in the complaint, all parties to bear their own respective attorney fees and costs. This agreement was entered into with all defendants.

2. This written settlement contemplates dismissal of this action as against all defendants.

////

////

1

3. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation jointly request that the Court dismiss this action with prejudice with respect to all defendants.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Oscar Ramos                                                                 9/28/2025

Choudhary Law Office – By: Nilesh Choudhary /s/ Nilesh Choudhary

Attorney for defendant AV Enterprise Inc.                                                      9/28/2025

## FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on September 28, 2025, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Nilesh Choudhary, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

2

|   |   |
|---|---|
| 1 | ORDER |

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Ramos v. AV Enterprise Inc., Case No. 24-3426 DJC-CSK, in the Eastern District of California, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear his/her/its own attorney's fees and costs.

Dated:  September 29, 2025          /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE